THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Ignacio Cuadros Rivera, Appellant.
 
 
 

Appeal From Richland County
 Kenneth G. Goode, Circuit Court Judge

Unpublished Opinion No. 2007-UP-141
Submitted April 2, 2007  Filed April 3, 2007   

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, of Columbia; and Ignacio Rivera, of Ridgeville, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott; Solicitor Warren Blair Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Ignacio Cuadros Rivera appeals his convictions for trafficking in methamphetamine or crank over twenty-eight grams and trafficking in cocaine over ten grams, and his respective concurrent sentences of eighteen and ten years imprisonment.  Riveras counsel argues the plea court failed to comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969), because Rivera disputed the States factual allegations.  Also, Rivera filed a pro se brief in which he raises issues alleging his sentence should have been reduced based on a separate charge that was previously dismissed and that he was not informed of the opportunity to leave under bond.  After a thorough review of the record, counsels brief, and Riveras pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Riveras appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J., and GOOLSBY and STILWELL, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.